1  Neal A. Potischman (SBN 254862)
   Sandra West (SBN 250389)
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, CA 94025
   Telephone: (650)752-2000
4  Facsimile: (650) 752-2111

5  *Counsel for Defendants Blue Coat Systems, Inc.,*
   *Gregory S. Clark, David W. Hanna, Brian M. NeSmith,*
6  *James A. Barth, James R. Tolonen, Keith Geeslin,*
   *and Carol G. Mills*
7
   [Additional counsel on signature page]
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | LUIS RODRIGUEZ, individually and on behalf of all others similarly situated, | ) No. 5:11-cv-06629-RMW |
   |---|---|
   | Plaintiff, | ) CLASS ACTION |
   | v. | ) STIPULATION AND [PROPOSED] ORDER STAYING ACTION |
   | BRIAN M. NESMITH, DAVID W. HANNA, JAMES A. BARTH, JAMES R. TOLONEN, KEITH GEESLIN, CAROL G. MILLS, GREGORY S. CLARK, BLUE COAT SYSTEMS, INC., THOMA BRAVO, LLC, PROJECT BARBOUR HOLDINGS CORPORATION, and PROJECT BARBOUR MERGER CORP., | ) |
   | Defendants. | ) |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC

Plaintiff Luis Rodriguez ("Plaintiff") and Defendants Blue Coat Systems, Inc. ("Blue Coat"), Gregory S. Clark, David W. Hanna, Brian M. NeSmith, James A. Barth, Keith Geeslin, James R. Tolonen, Carol G. Mills, Thoma Bravo, LLC ("Thoma Bravo"), Project Barbour Holdings Corporation, and Project Barbour Merger Corp. (collectively, "Defendants" and together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 23, 2011, Plaintiff filed this action challenging the proposed acquisition of Blue Coat by an investor group led by Thoma Bravo (the "Proposed Transaction");

WHEREAS, on December 27, 2011, Plaintiff filed an amended complaint in this action;

WHEREAS, on January 31, 2012, the Parties agreed to a settlement in principle of this action and entered into a memorandum of understanding to that effect, which is attached hereto as Exhibit A;

WHEREAS, pursuant to the memorandum of understanding, on February 1, 2012, Blue Coat filed with the SEC a Schedule 14A containing supplemental disclosures regarding the Proposed Transaction;

WHEREAS, as a condition of the settlement, Plaintiff agrees to seek to dismiss this action with prejudice;

WHEREAS, in order to permit the Parties to work to finalize the terms of the settlement, the Parties have agreed to stay any further proceedings in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, as follows:

1. In order to permit the Parties to work to finalize the terms of their settlement, this action will be stayed, all deadlines will be held in abeyance, and no further action will be required by the Parties, for 60 days from entry of this Order.

- 1 -
STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC

| | |
|---|---|
| Dated: February 6, 2012 | Respectfully Submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>*[signature]*<br>_____<br>Neal A. Potischman<br>Sandra West<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br><br>*Counsel for Defendants Blue Coat Systems, Inc., Gregory S. Clark, David W. Hanna, Brian M. NeSmith, James A. Barth, James R. Tolonen, Keith Geeslin, and Carol G. Mills* |
| Dated: February 2, 2012 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br><br>*[signature]*<br>_____<br>Alan R. Plutzik (State Bar No. 77785)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br><br>*Counsel for Plaintiff Luis Rodriguez* |
| Dated: February 6, 2012 | KIRKLAND & ELLIS LLP<br><br>*[signature] Eliot Adelson /SDW*<br>_____<br>James Basile<br>Eliot Adelson<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>*Counsel for Defendants Thoma Bravo, LLC, Project Barbour Holdings Corporation, and Project Barbour Merger Corp.* |

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC

\* \* \*

**ORDER**

Having received and reviewed the parties' Stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*

The Honorable Ronald M. Whyte

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC