1  Neal A. Potischman (SBN 254862)
   Sandra West (SBN 250389)
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, CA 94025
   Telephone: (650)752-2000
4  Facsimile: (650) 752-2111

5  *Counsel for Defendants Blue Coat Systems, Inc.,
   Gregory S. Clark, David W. Hanna, Brian M. NeSmith,*
6  *James A. Barth, James R. Tolonen, Keith Geeslin,*
   *and Carol G. Mills*
7
   [Additional counsel on signature page]
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  LUIS RODRIGUEZ, individually and on        ) No. 5:11-cv-06629-RMW
    behalf of all others similarly situated,   )
13                                             ) CLASS ACTION
                                               )
14              Plaintiff,                     )
       v.                                      ) STIPULATION AND [PROPOSED]
15                                             ) ORDER STAYING ACTION
    BRIAN M. NESMITH, DAVID W. HANNA,          )
16  JAMES A. BARTH, JAMES R. TOLONEN,          )
    KEITH GEESLIN, CAROL G. MILLS,             )
17  GREGORY S. CLARK, BLUE COAT                )
    SYSTEMS, INC., THOMA BRAVO, LLC,           )
18  PROJECT BARBOUR HOLDINGS                   )
    CORPORATION, and PROJECT                   )
19  BARBOUR MERGER CORP.,                      )
                                               )
20                                             )
               Defendants.                     )
21  _____)
22

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC

Plaintiff Luis Rodriguez ("Plaintiff") and Defendants Blue Coat Systems, Inc. ("Blue Coat"), Gregory S. Clark, David W. Hanna, Brian M. NeSmith, James A. Barth, Keith Geeslin, James R. Tolonen, Carol G. Mills, Thoma Bravo, LLC ("Thoma Bravo"), Project Barbour Holdings Corporation, and Project Barbour Merger Corp. (collectively, "Defendants" and together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 23, 2011, Plaintiff filed this action challenging the proposed acquisition of Blue Coat by an investor group led by Thoma Bravo (the "Proposed Transaction");

WHEREAS, on December 27, 2011, Plaintiff filed an amended complaint in this action;

WHEREAS, on January 31, 2012, the Parties agreed to a settlement in principle of this action and entered into a memorandum of understanding to that effect, which is attached hereto as Exhibit A;

WHEREAS, pursuant to the memorandum of understanding, on February 1, 2012, Blue Coat filed with the SEC a Schedule 14A containing supplemental disclosures regarding the Proposed Transaction;

WHEREAS, as a condition of the settlement, Plaintiff agrees to seek to dismiss this action with prejudice;

WHEREAS, in order to permit the Parties to work to finalize the terms of the settlement, the Parties have agreed to stay any further proceedings in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, as follows:

1. In order to permit the Parties to work to finalize the terms of their settlement, this action will be stayed, all deadlines will be held in abeyance, and no further action will be required by the Parties, for 60 days from entry of this Order.

1  Dated: February 6, 2012                    Respectfully Submitted,
2
                                              DAVIS POLK & WARDWELL LLP
3
4
                                              _____
5                                             Neal A. Potischman
                                              Sandra West
6                                             1600 El Camino Real
                                              Menlo Park, California 94025
7                                             Telephone: (650) 752-2000
                                              Facsimile: (650) 752-2111
8
                                              *Counsel for Defendants Blue Coat Systems, Inc.,
9                                             Gregory S. Clark, David W. Hanna, Brian M.
                                              NeSmith, James A. Barth, James R. Tolonen,
10                                            Keith Geeslin, and Carol G. Mills*
11
    Dated: February 2, 2012                   BRAMSON, PLUTZIK, MAHLER &
12                                            BIRKHAEUSER, LLP
13
14                                            _____
                                              Alan R. Plutzik (State Bar No. 77785)
15                                            2125 Oak Grove Road, Suite 120
                                              Walnut Creek, CA 94598
16                                            Telephone: (925) 945-0200
                                              Facsimile: (925) 945-8792
17
                                              *Counsel for Plaintiff Luis Rodriguez*
18
19  Dated: February 6, 2012                   KIRKLAND & ELLIS LLP
20
21                                            _____
                                              James Basile
22                                            Eliot Adelson
                                              555 California Street
23                                            San Francisco, CA 94104
                                              Telephone: (415) 439-1400
24                                            Facsimile: (415) 439-1500
25
                                              *Counsel for Defendants Thoma Bravo, LLC,
                                              Project Barbour Holdings Corporation, and
26                                            Project Barbour Merger Corp.*
27
28
                                        - 2 -
    STIPULATION AND [PROPOSED] ORDER STAYING ACTION
    Case No. 3:11-cv-06629-JSC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\* \* \*

## ORDER

Having received and reviewed the parties' Stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: 3/28/12

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

The Court sets a status conference for May 21, 2012 at 10:30 a.m. The
statements is due May 14, 2012.

- 3 -
STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. 3:11-cv-06629-JSC